AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

SHANNON FOSTER et al

**SUMMONS IN A CIVIL ACTION**

V.

ANGELS OUTREACH, LLC. et al.

CASE NUMBER:

2:06cv980-ID

TO: (Name and address of Defendant)

Angels Outreach, LLC.
4468 Troy Highway
Montgomery, Alabama 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Davis
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama 36117

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    11-2-06

CLERK                                               DATE

(By) DEPUTY CLERK

7004 2890 0004 6383 2156

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

SHANNON FOSTER et al.

V.

ANGELS OUTREACH, LLC. et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

2:06 CV 980 -ID

TO: (Name and address of Defendant)

Tiffany Coleman Smith
8901 Glen Rose Way
Montgomery, Alabama 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Davis
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama 36117

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                        11-2-06

CLERK                                                                      DATE

(By) DEPUTY CLERK

7005 1160 0002 2371 5004