**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tiffany Coleman Smith
8901 Glen Rose Way
Montgomery, Alabama 36117

2. Article Number
(Transfer from service label)

7005 1160 0002 2371 5004

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Torus C. Sterling_    ☑ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Lexus Easterling_    11/4/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☑ No

2:06 CV 980
I+C

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes