IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

SHANNON FOSTER; CLIFFTON LOVEJOY;
TIFFANI SAUNDER; RONALD SPENCER;
and MELISSA TURNER,

        Plaintiff,

vs.        Civil Action No.: 2:06CV980-10

ANGEL'S OUTREACH, LLC.; and
TIFFANY COLEMAN SMITH,

        Defendants.

## ANSWER

Comes now Tiffany Coleman Smith the defendant in the above style action by and through her undersigned attorney and for answer to the complaint states following:

1. Admit the averments of paragraphs 1., 2., 3., 4., 5., 6., 7., 8., and 9 of the complaint.

2. Deny the averments in paragraph 10.

3. Admit the averments of paragraph 11 of the complaint.

4. Deny the averments in paragraph 12., 13, 14, and 16.

5. Neither admits nor denies the averments in paragraph 17.

6. Deny the averments in paragraphs 18., 19., 20., 21, 22., 23., 24, and 25.

Respectfully submitted,

*/s/ Jiff C Smith*

Tiffany Coleman Smith, Pro Se
8901 Glen Rose Way
Montgomery, AL 36117

*Received stamp: 2006 NOV 27 P 3:48, DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA*

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered to the Attorney for plaintiff by mailing a copy of the same postage prepaid and properly addressed on this the 27th day of November 2006.

*Tiffany Coleman Smith, Pro Se*

The Hon. William R. Davis
Davis & Herrington, L.L.C.
Park Place Center
8650 Minnie Brown Road, Suite 150
Montgomery, AL 36117