AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                District of                ALABAMA

Shannon Foster et al.

*Alias*

V.                        **SUMMONS IN A CIVIL ACTION**

Angels Outreach, LLC. et al.

CASE NUMBER:   2:06cv980

TO: (Name and address of Defendant)

Angels Outreach, LLC
P.O. Box 241751
Montgomery, Alabama 36124

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Davis
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama 36117

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK                                DATE   12/6/06

(By) DEPUTY CLERK

7004 2890 0004 6383 2174