**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Angels Outreach, LLC
P.O. Box 241751
Montgomery, Alabama 36124

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                           ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

                                  12/5/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

2:06cv980
SLC

(20)

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7004 2890 0004 6383 2174

Domestic Return Receipt                    102595-02-M-1540