AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

PLAINTIFF
SHANNON FOSTER; et al.,

*alias*
THIRD PARTY SUMMONS IN A
CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF
TIFFANY COLEMAN SMITH,

Case Number: 2:06CV980-10

V. THIRD PARTY DEFENDANT
DEBRA T. SMITH-MATFIELD,

To: Name and address of Third Party Defendant
DEBRA T. SMITH-MATFIELD,
Department of Surplus Property
4401 Northern Bypass
Montgomery, AL  36110

YOU ARE HEREBY SUMMONED and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| The Hon. William R. Davis<br>Davis & Herrington, L.L.C.<br>Parks Place Center<br>8650 Minnie Brown Road, Ste. 150<br>Montgomery, AL. 36117 | Tiffany Coleman Smith, pro se<br>8901 Glen Rose Way<br>Montgomery, AL. 36117 |

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK
(By) DEPUTY CLERK

DATE  4/3/07