AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE April 6, 2007 |
| NAME OF SERVER Kenneth Peeples | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☑ Served personally upon the third-party defendant. Place where served:
Listed Address 4401 N. Bypass

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 6, 2007
Date

Signature of Server

207 Montgomery St. Ste 202
Address of Server
Montg AL. 36104

RETURNED AND FILED

APR 12 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

PLAINTIFF
  SHANNON FOSTER; et al.,

V. DEFENDANT AND THIRD PARTY PLAINTIFF
  TIFFANY COLEMAN SMITH,

*Alias*
THIRD PARTY SUMMONS IN A
CIVIL ACTION

Case Number: 2:06CV980-10

V. THIRD PARTY DEFENDANT
  DEBRA T. SMITH-MATFIELD,

To: Name and address of Third Party Defendant
  DEBRA T. SMITH-MATFIELD,
  Department of Surplus Property
  4401 Northern Bypass
  Montgomery, AL  36110

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| The Hon. William R. Davis<br>Davis & Herrington, L.L.C.<br>Parks Place Center<br>8650 Minnie Brown Road, Ste. 150<br>Montgomery, AL. 36117 | Tiffany Coleman Smith, pro se<br>8901 Glen Rose Way<br>Montgomery, AL. 36117 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK
(By) DEPUTY CLERK

DATE 4/3/07