IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

SHANNON FOSTER; CLIFFTON LOVEJOY;
TIFFANI SAUNDER; RONALD SPENCER;
and MELISSA TURNER,

        Plaintiff,

v.                                Civil Action No.: 2:06CV980-10

ANGEL'S OUTREACH, LLC.; and
TIFFANY COLEMAN SMITH,
        Defendant/Third Party
        Plaintiff
v.

DEBRA T. SMITH-MATFIELD
        Third Party Defendant/
        Counterclaim Plaintiff

        Defendants.

**RECEIVED 2007 MAY 23 A 9:31 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA**

## ANSWER

Comes now Tiffany Coleman Smith the defendant/Third Party Plaintiff in the above style action and respectfully submit this answer to the Counterclaim filed by Debra T. Smith-Matfield/Third Party Defendant and Tiffany states the following:

1. I hereby deny each and every allegation contained in the counterclaim filed against me by Defendant/Third Party Defendant.

RESPECTFULLY SUBMITTED on this the 22nd day of May, 2007.

Respectfully submitted,

Tiffany Coleman Smith, Pro Se
8901 Glen Rose Way
Montgomery, AL 36117

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered to the Attorney of Record by mailing a copy of the same postage prepaid and properly addressed on this the 22nd day of May, 2007.

*Tiffany Coleman Smith, Pro Se*

The Hon. William R. Davis
Davis & Herrington, L.L.C.
Park Place Center
8650 Minnie Brown Road, Suite 150
Montgomery, AL 36117

Matthew P. Teague
Attorney At Law
138 Adams Avenue, Ste 3
P.O. Box 586
Montgomery, AL 36101