**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **SHANNON FOSTER et al.;** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| | ) | **CIVIL ACTION NO.: 2006-980** |
| **vs.** | ) | |
| | ) | |
| **ANGELS OUTREACH, LLC et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## REPORT OF PARTIES PLANNING MEETING

---

1.    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on June 4, 2007, by telephone and was attended by William R. Davis on behalf of Plaintiff, and Matthew P. Teague- on behalf of Third-Party Defendant/Counterclaim Plaintiff Debra T. Smith-Matfield.[1]

2.    <u>Pre-Discovery Disclosures</u>. The parties will exchange by July 13, 2007 the information required by Local Rule 26.l(a)(l).

3.    <u>Discovery Plan</u>. The parties jointly propose the following discovery plan:

(a)    Discovery will be needed on the following subjects:

Liability, Damages, and Defenses.

(b)    All discovery shall be commenced in time to be completed by October 19, 2007.

(c)    A maximum of 40 Interrogatories and 25 Requests for Admission per party.

(d)    A maximum of 10 depositions, excluding experts, per party without leave of court. Each deposition shall be limited to a maximum of 6 hours unless extended by agreement

---

[1] Defendant/Third-Party Plaintiff Tiffany Coleman Smith is Pro Se and was not present.  No response was received to Plaintiffs Counsel's request for available dates to conduct the Rule 26(f) conference.

of the parties.

(e)     The names of experts and reports from retained experts under Fed.R.Civ.P. 26(a)(2) should be due from Plaintiffs by September 1, 2007 and from Defendants by September 15, 2007.

(f)     Supplemental disclosures and supplemental discovery responses under Fed.R.Civ.P. 26(e) shall be made at reasonable intervals once new or different information becomes known to any party that should be disclosed under Fed.R.Civ.P. 26(a)(1), or that adds to, changes, or corrects an earlier discovery response.

4. Other items.

(a)     The parties do not request a conference with the Court before entry of the scheduling order.

(b)     Plaintiffs should be allowed until August 3, 2007 to join additional parties and amend the pleadings. Defendants should be allowed until August 31, 20075 to join additional parties and amend the pleadings.

(c)     All potential dispositive motions should be filed by November 30, 2007.

(d)     The parties request a pretrial conference 20 days prior to trial.

(e)     Final lists of witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) should be due by December 28, 2007.

(f)     The parties should have 14 days after service of final lists of witnesses and exhibit lists to list objections under Fed.R.Civ.P. 26(a)(3).

(g)     The case should be ready for trial by January 28, 2008.  The trial is expected to take approximately 2 days.

/s/ William R. Davis
WILLIAM R. DAVIS (DAV140)
ASB-1115-D59W
Attorney for Plaintiffs

**OF COUNSEL:**

**DAVIS & HERRINGTON, L.L.C.**
Park Place Center
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama 36117
(334) 215-4449
(334) 215-4459 (Fax)
wrd@davisherrington.com

s/ Matthew P. Teague
MATTHEW P. TEAGUE (TEA010)
Attorney for Debra T. Smith Matfield

Matthew P. Teague
138 Adams Avenue, Second Floor, Suite 3
P.O. Box 596
Montgomery, Alabama 36101
(334) 834-4500
(334) 934-4500 (Fax)
beteague36@aol.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 5, 2007 I served the foregoing document on the following parties or attorneys by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid.

Tiffany Coleman Smith
8901 Glen Rose Way
Montgomery, Alabama 36117


/s/ William R. Davis
OF COUNSEL