## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **SHANNON FOSTER et al.** )<br><br>)<br>**Plaintiffs,** )<br><br>)<br>**vs.** )<br><br>)<br>**ANGELS OUTREACH, LLC et al.** )<br><br>)<br>**Defendants.** )<br><br>)<br><br>) | **CIVIL ACTION NO.: 2006-980** |

---

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

---

COME NOW Plaintiffs Shannon Foster, Cliffton Lovejoy, Tiffani Saunders; Ronald Spencer and Melissa Turner (hereinafter "Plaintiffs"), by and through the undersigned, and respectfully request this Honorable Court enter an Order granting summary judgment in their favor on the issue of liability and damages.


## I.    NARRATIVE SUMMARY

Plaintiffs were all employed by Angels Outreach, LLC. and Tiffany Coleman Smith (hereinafter "Defendants") as alcohol and drug addiction counselors in July and August of 2006. Plaintiffs contend Defendants did not paid them their minimum wages as required by Fair Labor Standards Act (hereinafter "FLSA"), specifically 29 U.S.C. § 206. Section 206(b) mandates that "every employer shall pay" employees the minimum wage if "in any workweek the employee is engaged in commerce." As a result, Plaintiffs seek summary judgment as to (1) Defendants' violation of 29 U.S.C. §206(b); (2) the amount of unpaid wages due; and (3) Plaintiffs

entitlement to liquidated damages pursuant to 29 U.S.C. § 216(b).


II.    **APPLICABLE LEGAL STANDARD.**

As this Court is intimately familiar, summary judgment should be entered on a claim when it is shown "that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed.R.Civ.P. 56(C).[1] In a FLSA case, once a plaintiff proves that the parties are subject to the purviews of the FLSA, the burden is on the defendant to prove that the plaintiff falls outside or within a bona fide exemption recognized under the established regulatory scheme. Atlanta Prof'l Firefighters Union, Local 134 v. City of Atlanta, 920 F.2d 800, 804 (11th Cir. 1991).

In support of the motion for summary judgment, Plaintiffs offer:

1.    The *Brief in Support of their Motion for Summary Judgment*;

2.    Exhibit "A" – Affidavit of Shannon Foster;

3.    Exhibit "B" –Affidavit of Cliffton Lovejoy;

4.    Exhibit "C"- Affidavit of Tiffani Saunders;

5.    Exhibit "D"- Affidavit of Ronald Spencer;

6.    Exhibit "E"- Affidavit of Melissa Turner;

7.    Exhibit "F"-Change of Ownership Agreement

8.    Exhibit "G"- Time Sheets of Shannon Foster;

9.    Exhibit "H"- Time Sheets of Cliffton Lovejoy;

10.    Exhibit "I"- Time Sheets of Tiffani Saunders;

11.    Exhibit "J"- Time Sheets of Ronald Spencer; and

---

[1] See Hendricks v. Baptist Health Services, 278 F.Supp.2d 1276 (M.D. Ala. 2003) for a thorough discussion of the summary judgment standard.

12.     Exhibit "K"- Time Sheets of Melissa Turner.


/s/ William R. Davis
WILLIAM R. DAVIS (DAV140)
ASB-1115-D59W
Attorney for Plaintiffs


**OF COUNSEL:**

**DAVIS & HERRINGTON, L.L.C.**
Park Place Center
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama 36117
(334) 215-4449
(334) 215-4459 (Fax)
wrd@davisherrington.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007 I served the foregoing document on the following parties or attorneys by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid.


Tiffany Coleman Smith
8901 Glen Rose Way
Montgomery, Alabama 36117

Matthew P. Teague
138 Adams Avenue, Second Floor, Suite 3
P.O. Box 596
Montgomery, Alabama 36101
(334) 834-4500
(334) 934-4500 (Fax)


/s/ William R. Davis
OF COUNSEL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

|  |  |
|---|---|
| **SHANNON FOSTER et al.;** | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) **CIVIL ACTION NO.: 2006-980** |
| **vs.** | ) |
| | ) |
| **ANGELS OUTREACH, LLC et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

---

### DECLARATION OF SHANNON FOSTER

I, SHANNON FOSTER, under the penalty of perjury, do hereby swear and/or affirm that the following is true and accurate to the best of my knowledge, and that,

1.      I am over the age of nineteen (19) years and reside in Montgomery County, Alabama.

2.      I am competent to testify and make this declaration based upon personal knowledge.

3.      I offer this sworn statement in support of a motion for summary judgment being filed contemporaneously herewith.

4.      I was employed by Angels Outreach, LLC. and Tiffany Coleman Smith (hereinafter "Defendants") from July 5, 2005 through August 2006.

5.      I was employed with Defendants as alcohol and drug addiction counselor.

6.      My normal workweek consisted of between nine (9) and seventeen (17) hours per week.

7.      I was normally compensated on a monthly basis for all work I performed during said month.

8.      During the month of July of 2006, I worked over fifty-five (55) hours.

9.      During the month of August of 2006, I worked over fifty (50) hours.

10.     I was to be paid an hourly rate of fifteen (15) dollars for all hours worked during the months of July and August of 2006.



PLAINTIFF'S
EXHIBIT
**A**

11.     To date, I have yet to receive any type of compensation for the worked I performed during the months of July and August of 2006.

12.     I declare under the penalty of perjury that the aforementioned is true and correct. Executed on the 30th day of November of 2006.

_____
SHANNON FOSTER


SWORN to and SUBSCRIBED before me this the 30th day of _NOVEMBER_ , 2006

_____
NOTARY PUBLIC


My Commission Expires: _3/9/08_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SHANNON FOSTER et al.; | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| | ) **CIVIL ACTION NO.: 2006-980** |
| **vs.** | ) |
| | ) |
| ANGELS OUTREACH, LLC et al. | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

---

### DECLARATION OF CLIFTON LOVEJOY

---

I, CLIFTON LOVEJOY, under the penalty of perjury, do hereby swear and/or affirm that the following is true and accurate to the best of my knowledge, and that,

1.     I am over the age of nineteen (19) years and reside in Montgomery County, Alabama.

2.     I am competent to testify and make this declaration based upon personal knowledge.

3.     I offer this sworn statement in support of a motion for summary judgment being filed contemporaneously herewith.

4.     I was employed by Angels Outreach, LLC. and Tiffany Coleman Smith (hereinafter "Defendants") from August 2005 through August 2006.

5.     I was employed with Defendants as alcohol and drug addiction counselor.

6.     My normal workweek consisted of approximately nine (9) hours per week.

7.     I was normally compensated on a monthly basis for all work I performed during said month.

8.     During the month of July of 2006, I worked thirty-eight (38) hours.

9.     During the month of August of 2006, I worked thirty-eight (38) hours.

10.     I was to be paid an hourly rate of thirty-five (35) dollars for all hours worked during the month of July of 2006 and thirty-five (35) dollars for hours worked in August of 2006.



PLAINTIFF'S
EXHIBIT

B

11.    To date, I have yet to receive any type of compensation for the worked I performed during the months of July and August of 2006.

12.    I declare under the penalty of perjury that the aforementioned is true and correct. Executed on the _____ day of November of 2006.

CLIFTON LOVEJOY

SWORN to and SUBSCRIBED before me this the __4__ day of _December_, 2006

NOTARY PUBLIC

My Commission Expires: ___6/21/2008___

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **SHANNON FOSTER et al.;** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| | ) **CIVIL ACTION NO.: 2006-980** |
| **vs.** | ) |
| | ) |
| **ANGELS OUTREACH, LLC et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## DECLARATION OF TIFFANI SAUNDERS

I, TIFFANI SAUNDERS, under the penalty of perjury, do hereby swear and/or affirm that the following is true and accurate to the best of my knowledge, and that,

1.      I am over the age of nineteen (19) years and reside in Montgomery County, Alabama.

2.      I am competent to testify and make this declaration based upon personal knowledge.

3.      I offer this sworn statement in support of a motion for summary judgment being filed contemporaneously herewith.

4.      I was employed by Angels Outreach, LLC. and Tiffany Coleman Smith (hereinafter "Defendants") from June 2006 through August 2006.

5.      I was employed with Defendants as alcohol and drug addiction counselor.

6.      My normal workweek consisted of approximately nine (9) hours per week.

7.      I was supposed to be compensated only a monthly basis for all work I performed during said month.

8.      During the month of July of 2006, I worked eighteen (18) hours.

9.      During the month of August of 2006, I worked over thirty-six (36) hours.

10.      I was to be paid an hourly rate of fifteen (15) dollars for all hours worked during the months of July and August of 2006.



PLAINTIFF'S EXHIBIT

C

tabbies®

11.    To date, I have yet to receive any type of compensation for the worked I performed during the months of July and August of 2006.

12.    I declare under the penalty of perjury that the aforementioned is true and correct. Executed on the ___20___ day of June of 2007.

_Tiffani Saunders_
TIFFANI SAUNDERS


SWORN to and SUBSCRIBED before me this the 20 day of ___June___, 2007

_____
NOTARY PUBLIC


My Commission Expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 12, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| SHANNON FOSTER et al.; | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO.: 2006-980 |
| vs. | ) |
| | ) |
| ANGELS OUTREACH, LLC et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

---

**DECLARATION OF RONALD SPENCER**

---

I, RONALD SPENCER, under the penalty of perjury, do hereby swear and/or affirm that the following is true and accurate to the best of my knowledge, and that,

1.     I am over the age of nineteen (19) years and reside in Elmore County, Alabama.

2.     I am competent to testify and make this declaration based upon personal knowledge.

3.     I offer this sworn statement in support of a motion for summary judgment being filed contemporaneously herewith.

4.     I was employed by Angels Outreach, LLC. and Tiffany Coleman Smith (hereinafter "Defendants") from April of 2006 through August 2006.

5.     I was employed with Defendants as alcohol and drug addiction counselor.

6.     My normal workweek consisted of approximately nine (9) hours per week.

7.     I was normally compensated on a monthly basis for all work I performed during said month.

8.     During the month of July of 2006, I worked thirty-seven (37) hours.

9.     During the month of August of 2006, I worked over thirty-six (36) hours.

10.    I was to be paid an hourly rate of thirty (30) dollars for all hours worked during the months of July and August of 2006.

11.    To date, I have yet to receive any type of compensation for the worked I performed during the months of July and August of 2006.



PLAINTIFF'S
EXHIBIT

D

12.    I declare under the penalty of perjury that the aforementioned is true and correct.

Executed on the ___5___ day of November of 2006.

_____

RONALD SPENCER

SWORN to and SUBSCRIBED before me this the 5th day of ___Nov._____, 2006

_____

NOTARY PUBLIC

My Commission Expires 02/07/2009

My Commission Expires: _____

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

SHANNON FOSTER et al.;         )

       )

       )

    Plaintiffs,         )

       )  **CIVIL ACTION NO.: 2006-980**

vs.             )

       )

ANGELS OUTREACH, LLC et al.    )

       )

    Defendants.        )

       )

       )

---

## DECLARATION OF MELISSA TURNER

I, MELISSA TURNER, under the penalty of perjury, do hereby swear and/or affirm that the following is true and accurate to the best of my knowledge, and that,

1.     I am over the age of nineteen (19) years and reside in Pike County, Alabama.

2.     I am competent to testify and make this declaration based upon personal knowledge.

3.     I offer this sworn statement in support of a motion for summary judgment being filed contemporaneously herewith.

4.     I was employed by Angels Outreach, LLC. and Tiffany Coleman Smith (hereinafter "Defendants") from August 2004 through August of 2006.

5.     I was employed with Defendants as alcohol and drug addiction counselor.

6.     I was normally compensated on a monthly basis for all work I performed during said month.

7.     During the month of July of 2006, I worked thirty-five (35) hours.

8.     During the month of August of 2006, I worked seven (7) hours.

9.     I was to be paid an hourly rate of twenty-five (25) dollars for all hours worked during the months of July and August of 2006.

10.     To date, I have yet to receive any type of compensation for the worked I performed during the months of July and August of 2006.



PLAINTIFF'S EXHIBIT
E
tabbies

11.    I declare under the penalty of perjury that the aforementioned is true and correct. Executed on the ___10___ day of ~~November~~ of 2006.

*December*

*Melissa L Turner*

MELISSA TURNER

SWORN to and SUBSCRIBED before me this the *10th* day of *December* , 2006

*Debra Frazier*

NOTARY PUBLIC

> DEBRA A. FRAZIER
> Notary Public, AL State at Large
> My Comm. Expires Aug. 11, 2008

My Commission Expires: _____

2

# CHANGE OF OWNERSHIP
# ANGELS OUTREACH, LLC

I, Tiffany C. Smith, do hereby transfer ownership of Angels Outreach, LLC to Debra T. Smith (Matfield) of Assistance In Recovery, Inc. I hereby forgo all rights associated with Angels Outreach, LLC. All liabilities prior to the signing of this agreement remain with previous owner. All future liabilities as of the date of signing become that of current owner. This acquisition is at no cost to Debra T. Smith (Matfield). All furnishings, machinery, etc. located at Angels Outreach are at no cost and donated with change of ownership. This transfer is to become effective September 5, 2006.


_____          September 5, 2006
Tiffany C. Smith                                          Date


_____          September 5, 2006
Debra T. Smith (Matfield)                             Date


PLAINTIFF'S EXHIBIT
F

# Time Sheet

Monday 7/10/06

SICK

Tuesday 7/11/06

5:30 - 9:30

Wednesday 7/12/06

X

Thursday 7/13/06

5:30 - 10:30

Friday 7/14/06

X

Total of Hours: 9 hrs

---

Monday 7/17/06

5:30 - 9:45

Tuesday 7/18/06

5:30 - 10:00

Wednesday 7/19/06

X

Thursday 7/20/06

5:30 - 10:45

Friday 7/21/06

Saturday Family Session
7-22-06
11:00 - 2:00

Total of Hours: 17 hrs

---

Monday 7/24/06

5:30 - 9:30

Tuesday 7/25/06

5:30 - 10:00

Wednesday 7/26/06

S    X

Thursday 7/27/06

5:30 - 10:30

Friday 7/28/06

X

Total of Hours: 13 hr 30 min

---

Employee Name:

Signature of Supervisor:

Date Turned In: 8/3/06

9:00
17:00
13:30
16:15

55 hrs 45 min

Comments:



PLAINTIFF'S
EXHIBIT
6

# Time Sheet

Monday 7 /31 /06

5:30 - 9:45

Tuesday 8 /1 /06

5:30 - 10:00

Wednesday 8 /2 /06

5:30 - 8:30

Thursday 8 /3 /06

5:30 - 10:00

Friday    /    /

Total of Hours: 16hrs 15min

---

Monday    /    /

Tuesday    /    /

Wednesday    /    /

Thursday    /    /

Friday    /    /

Total of Hours:

---

Monday    /    /

Tuesday    /    /

Wednesday    /    /

Thursday    /    /

Friday    /    /

Total of Hours:

---

Employee Name: _Sharon Waller_

Signature of Supervisor:

Date Turned In: 8/3/06

Comments:

# Time Sheet

Monday 8 /7 /06

5:30 - 10:30

Tuesday 8 /8 /06

5:15 - 10:30

Wednesday 8 /9 /06

Thursday 8 /10 /06

5:30 - 10:15

Friday 8 /11 /06

Total of Hours: 15 hrs

---

Monday 8 /14 /06

5:30 - 10:00

Tuesday 8 /15 /06

5:30 - 10:00

Wednesday 8 /16 /06

Thursday 8 /17 /06

5:30 - 10:30

Friday 8 /18 /06

Total of Hours: 14 hrs

---

Monday 8 /21 /06

5:30 - 10:00

Tuesday 8 /22 /06

5:30 - 9:45

Wednesday 8 /23 /06

Thursday 8 /24 /06

5:30 - 10:30

Friday 8 /25 /06

Saturday 8/26/06 Family lesson
11:30 - 2:45

Total of Hours: 17 hrs

---

Employee Name:

Signature of Supervisor:

Date Turned In: 8/31/06

50 hrs 45 min    15. hrs
                 14. hrs
                 17. hrs
50.75 x 15 =
76.25  4. 45 min

Comments:

# Time Sheet

| Monday 8 ⟋28⟋06 | Monday / / | Monday / / |
|---|---|---|
| *Sick* | | |
| Tuesday 8 ⟋29⟋06 | Tuesday / / | Tuesday / / |
| *Sick* | | |
| Wednesday 8⟋30⟋06 | Wednesday / / | Wednesday / / |
| *X* | | |
| Thursday 8⟋31⟋06 | Thursday / / | Thursday / / |
| 5:30 – 10.15 | | |
| Friday 9⟋1⟋06 | Friday / / | Friday / / |
| *X* | | |
| Total of Hours: 4hr 45min | Total of Hours: | Total of Hours: |

| Employee Name: |
|---|
| Signature of Supervisor: |
| Date Turned In:  8⟋31⟋06 |

| Comments: |
|---|

# Time Sheet

Monday 7 /01-06
6:00 - 9:00

Tuesday 7 /11/06
6:00 - 9:00

Wednesday / /

Thursday 7 /13 /06
6:00 - 9:00

Friday / /

Total of Hours: 9.0

---

Monday 7 /17/06
6:00 - 9:00

Tuesday 7 /18/06
6:00 - 9:00

Wednesday / /

Thursday 7 /20/ 06
6:00 - 9:00

Friday / /

SATURDAY/7 /22/06
11:00 - 1:00

Total of Hours: 14.0

---

Monday 7 /24/06
6:00 - 9:00

Tuesday 7 /25/06
6:00 - 9:00

Wednesday / /

Thursday 7 /27/ 06
6:00 - 9:00

Friday / /

Total of Hours: 9.0

---

Employee Name: Clifton Langley

Signature of Supervisor:

Date Turned In: Aug. 3, 06

Comments: $35 per hr. = $ 1,330.00 = $20 = $1310.00
X 38 hrs.

$25 per hr. = $ 950.00
X 38 hrs.

PLAINTIFF'S EXHIBIT
H

# Time Sheet

Monday 7 /31/06
6:00 - 9:00

Tuesday 8 /1/06
6:00 - 9:00

Wednesday   /   /

~~Thursday~~ 8 /3/06
6:00 - 9:00

Friday   /   /

Total of Hours: 9.0

Monday   /   /

Tuesday   /   /

Wednesday   /   /

Thursday   /   /

Friday   /   /

Total of Hours:

Monday   /   /

Tuesday   /   /

Wednesday   /   /

Thursday   /   /

Friday   /   /

Total of Hours:

Employee Name: Clifton Townsley

Signature of Supervisor:

Date Turned In: Aug 3, 06

Comments:

# Time Sheet

nday 8 17 1 06
:00-9:00

Monday 8 14 1 06
6:00 - 9:00

Monday 8-12/1 06
6:00-9:00

sday 8 18 106
0- 9:00

Tuesday 8 15 06
6:00-9:00

Tuesday 8 1221 06
6:00-9:00

nesday / /

Wednesday / /

Wednesday / /

sday 8 19 106
:00-9:00

Thursday 8 17 1 06
6:00-9:00

Thursday 8 124 1 06
6:00-9:00

y / /

Friday / /

Friday / /

SATURDAY 18 -126/06
11:00-1:00

of Hours: 9.0

Total of Hours: 9.00

Total of Hours: 11.0

ee Name: Clifton Lampey

ure of Supervisor:

urned In: August 31, 2006

ents:

38.0

$35 per hr. 38 hrs X 38 = $1,330 - 20-1310

$25 per hr. 38 hrs X 25.00  $950.00

# Time Sheet

| ...ay 8 128 06 | Monday / / | Monday / / |
|---|---|---|
| ...00 - 9:00 | | |
| | | |
| ...day 8 129 06 | Tuesday / / | Tuesday / / |
| ...00 - 8:30 | | |
| | | |
| ...nesday / / | Wednesday / / | Wednesday / / |
| | | |
| | | |
| ...sday 8 131 06 | Thursday / / | Thursday / / |
| ...00 - 9:00 | | |
| | | |
| ...y / / | Friday / / | Friday / / |
| | | |

| ...l of Hours: 9.0 | Total of Hours: | Total of Hours: |

...loyee Name: Clifton Trousjoy

...ature of Supervisor:

...e Turned In: August 31, 2006

...ments:

# Time Sheet

| day 07 / 24 / 06 | Monday 07 / 31 / 06 | Monday / / |
|---|---|---|
| 6- 9 pm | 6-9 pm | |
| | | |
| sday 07 / 25 / 06 | Tuesday 08 / 01 / 06 | Tuesday / / |
| 6-9 pm | 6-9 pm | |
| | | |
| lnesday / / | Wednesday / / | Wednesday / / |
| | | |
| rsday 07 / 27 / 06 | Thursday 08 / 03 / 06 | Thursday / / |
| 6-9 pm | 6-9 pm | |
| | | |
| ay / / | Friday / / | Friday / / |
| | | |
| l of Hours: 9.00 | Total of Hours: 9.00 | Total of Hours: |

| loyee Name: | Tiffani Saunders |
|---|---|
| ature of Supervisor: | |
| e Turned In: | 8 / 3 / 06 |

| ments: |
|---|
| |
| |



PLAINTIFF'S EXHIBIT

# Time Sheet

Monday 08 /07 /06
6-9 pm

Tuesday 08 /08 /06
6-9 pm

Wednesday / /

Thursday 08 /10 /06
6-9 pm

Friday / /

Total of Hours: 9.00

---

Monday 08 /14 /06
6-9 pm

Tuesday 08 /15 /06
6-9 pm

Wednesday / /

Thursday 08 /17 /06
6-9 pm

Friday / /

Total of Hours: 9.00

---

Monday 08 /21 /06
6-9 pm

Tuesday 08 /22 /06
6-9 pm

Wednesday / /

Thursday 08 /24 /06
6-9 pm

Friday / /

Total of Hours: 9.0

---

Employee Name: Tiffani Saunders

Signature of Supervisor:

Date Turned In: 8/31/06

Comments:

*TS howell* *Tiffani Saunders*

# Time Sheet

| Monday 09 /28 /06 |
|---|
| 6-9 pm |
| |
| Tuesday 09 /29 /06 |
| 6-9 pm |
| |
| Wednesday / / |
| |
| |
| Thursday 08 /31 /06 |
| 6-9 pm |
| |
| Friday / / |
| |
| |

Total of Hours: 9,00

| Monday / / |
|---|
| |
| |
| Tuesday / / |
| |
| |
| Wednesday / / |
| |
| |
| Thursday / / |
| |
| |
| Friday / / |
| |
| |

Total of Hours:

| Monday / / |
|---|
| |
| |
| Tuesday / / |
| |
| |
| Wednesday / / |
| |
| |
| Thursday / / |
| |
| |
| Friday / / |
| |
| |

Total of Hours:

Employee Name: Tiffani Saunders

Signature of Supervisor:

Date Turned In: 8/31/06

Comments:

# Time Sheet

| Monday 07 / 10 / 06 | Monday 07 / 17 / 06 | Monday 07 / 24 / 06 |
|---|---|---|
| 6-9 pm  90.00 | 6-9 pm  90.00 | 6-9 pm  90.00 |
| Tuesday 07 / 11 / 06 | Tuesday 07 / 18 / 06 | Tuesday 07 / 25 / 06 |
| 6-9 pm  90.00 | 5-9 pm  120.00 | 6-9 pm  90.00 |
| Wednesday / / | Wednesday / / | Wednesday / / |
| Thursday 7 / 13 / 06 | Thursday 07 / 20 / 06 | Thursday 07 / 27 / 06 |
| 6-9 pm  90.00 | 6-9 pm  90.00 | 6-9 pm  90.00 |
| Friday / / | Friday / / | Friday / / |
| Total of Hours: 9  270.00 | Total of Hours: 10  300.00 | Total of Hours: 9  270.00 |

Employee Name: Ronald R. Spencel, SL

Signature of Supervisor:

Date Turned In:

Comments: # 1818.00 total due July

Total outstanding due for two weeks

# 2190.00

PLAINTIFF'S EXHIBIT
J
tabbies

# Time Sheet



| nday 07/31/06 | Monday    /    / | Monday    /    / |
|---|---|---|
| 6-9 pm | | |
| 90 00 | | |
| esday 08/01/06 | Tuesday    /    / | Tuesday    /    / |
| 6-9 pm | | |
| 90 00 | | |
| ednesday    /    / | Wednesday    /    / | Wednesday    /    / |
| | | |
| ursday 08/03/06 | Thursday    /    / | Thursday    /    / |
| 6-9 pm | | |
| 90 00 | | |
| iday    /    / | Friday    /    / | Friday    /    / |
| | | |

| tal of Hours: 9 | Total of Hours: | Total of Hours: |
|---|---|---|
| 270 00 | | |

mployee Name: Ronald R. Spencer, Sr.

gnature of Supervisor:

ate Turned In:

omments: $110 00 total due in July

# Time Sheet

| Monday 8/28/06 | Monday / / | Monday / / |
|---|---|---|
| 6-9 pm 90⁰⁰ | | |
| Tuesday 8/29/06 | Tuesday / / | Tuesday / / |
| 6-9 pm 90⁰⁰ | | |
| Wednesday 8/30/06 | Wednesday / / | Wednesday / / |
| Thursday 8/31/06 | Thursday / / | Thursday / / |
| 6-9 pm 90⁰⁰ | | |
| Friday 9/01/06 | Friday / / | Friday / / |
| Total of Hours: 9 | Total of Hours: | Total of Hours: |
| 270⁰⁰ | | |

Employee Name: Ronald R. Spencer, Sr.

Signature of Supervisor:

Turned In: 8-31-06

Comments: 4/080⁰⁰ total due in Aug

# Time Sheet

| day 08/07/06 | Monday 08/14/06 | Monday 08/21/06 |
|---|---|---|
| 6-9 pm 90.00 | 6-9 pm 90.00 | 6-9 pm 90.00 |
| day 08/08/06 | Tuesday 08/15/06 | Tuesday 08/22/06 |
| 6-9 pm 90.00 | 6-9 pm 90.00 | 6-9 pm 90.00 |
| nesday / / | Wednesday / / | Wednesday / / |
| rsday 08/10/06 | Thursday 08/17/06 | Thursday 08/24/06 |
| 6-9 pm 90.00 | 6-9 pm 90.00 | 6-9 pm 90.00 |
| ay / / | Friday / / | Friday / / |

| Total of Hours: 9 270.00 | Total of Hours: 9 270.00 | Total of Hours: 9 270.00 |

ployee Name: Ronald R. Sleecch Sr.

nature of Supervisor:

e Turned In: 8-31-06

mments: $ 1080.00 total due in this.

# Time Sheet

Monday 8 17 / 06

    O

Tuesday 8 18 / 06

    O

Wednesday 8 19 / 06

    O

Thursday 8 10 / 06

    O

Friday 8 11 06

    O

Total of Hours: O

---

Monday 8 14 / 06

    O

Tuesday 8 15 / 06

    O

Wednesday 8 16 / 06

    O

Thursday 8 17 / 06

9:00am -  3
12:00pm

Friday 8 18 / 06

Total of Hours: 3

---

Monday 8 21 / 06

    O

Tuesday 8 22 / 06

    O

Wednesday 8 23 / 06

    O

Thursday 8 24 / 06

9:00 - 12:00 pm

Friday 8 25 / 06

Total of Hours: 3

---

Employee Name: Melissa L. Turner

Signature of Supervisor:

Date Turned In: 8-31-06

6

Comments:

PLAINTIFF'S
EXHIBIT

K

tabbies

# Time Sheet

| day  8 |28| 06 | Monday     /    / | Monday     /    / |
|---|---|---|
| ○ | | |
| sday  8 |29| 06 | Tuesday     /    / | Tuesday     /    / |
| ○ | | |
| dnesday  8 |30| 06 | Wednesday     /    / | Wednesday     /    / |
| ○ | | |
| ursday  8 | 31 | 06 | Thursday     /    / | Thursday     /    / |
| 8²⁰am — 9³⁰am | | |
| court house | | |
| day  9 |1|  06 | Friday     /    / | Friday     /    / |
| | | |
| tal of Hours:      ⌐| | Total of Hours: | Total of Hours: |

| |
|---|
| ployee Name:  Melissa L. Turner |
| gnature of Supervisor: |
| te Turned In:   8-31-06 |

(7 total)

| mments: |
|---|
| |
| |
| |

# Time Sheet

Monday  7/10/06

8³⁰ to 12³⁰          4

uesday  7/11/06

8³⁰ to 12³⁰          4

ednesday 7/12/06

◯

hursday  7/13/06

9³⁰ to 1⁰⁰          3.5

riday  7/14/06

◯

otal of Hours:   11.5

Monday  7/17/06          3.5
                          P
9⁰⁰ to 12³⁰

Tuesday  7/18/06

9⁰⁰ to 1⁰⁰          4

Wednesday  7/19/06

◯

Thursday 7/20/06

9³⁰   1⁰⁰          3.5

Friday  7/21/06
          Saturday 7/22/06
◯         12:30-1:30

Total of Hours:   12

Monday  7/24/06

9³⁰  to  12³⁰          3

Tuesday  7/25/06
                CPT
            ◯ training
                @ ECMH

Wednesday 7/26/06

◯

Thursday 7/27/06
            Ortho appt
◯       w/ Dr. Brand

Friday  7/28/06

◯

Total of Hours:    3

mployee Name: Melissa L. Turner

ignature of Supervisor:

ate Turned In:

◯ 26.5

omments:

# Time Sheet

| ...day 7/31/00 | | Monday / / | | Monday / / |
|---|---|---|---|---|
| 15- 12:15 | 3 | | | |
| ...sday 8/1/00 | | Tuesday / / | | Tuesday / / |
| :30 – 12:30 | 3 | | | |
| ...dnesday 8/2/00 | | Wednesday / / | | Wednesday / / |
| O | | | | |
| ...ursday 8/3/00 | | Thursday / / | | Thursday / / |
| 9:30 – 12:00 | 2.5 | | | |
| ...iday 8/4/00 | | Friday / / | | Friday / / |
| O | | | | |
| ...tal of Hours: 8.5 | | Total of Hours: | | Total of Hours: |

...mployee Name: Melissa L. Turner, AIC

...ignature of Supervisor:

...ate Turned In:

35

35 X 25 = 875

...Comments: