IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | |
|---|---|
| **SHANNON FOSTER et al.;** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| | ) CIVIL ACTION NO.: 2:06cv980-ID |
| **vs.** | ) |
| | ) |
| **ANGELS OUTREACH, LLC et al.** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFFS' CONFLICT DISCLOSURE STATEMENT**

**COMES NOW** Plaintiffs Shannon Foster, Cliffton Lovejoy, Tiffani Saunders; Ronald Spencer and Melissa Turner (hereinafter "Plaintiffs"), by and through the undersigned, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. Plaintiffs are all individuals; and

2. There are no reportable relationships.

Respectfully submitted this the 21st day of June 2007.

/s/ William R. Davis
WILLIAM R. DAVIS (DAV140)
ASB-1115-D59W
Attorney for Plaintiffs

1

OF COUNSEL:

**DAVIS & HERRINGTON, L.L.C.**
Park Place Center
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama 36117
(334) 215-4449
(334) 215-4459 (Fax)
wrd@davisherrington.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2007 I served the foregoing document on the following parties or attorneys by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid.

Matthew P. Teague
138 Adams Avenue, Second Floor, Suite 3
P.O. Box 596
Montgomery, Alabama 36101
(334) 834-4500
(334) 934-4500 (Fax)
beteague36@aol.com

Tiffany Coleman Smith
8901 Glen Rose Way
Montgomery, Alabama 36117

          /s/ William R. Davis
          OF COUNSEL