IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT

OF ALABAMA NORTHERN DIVISION

RECEIVED

2007 SEP 25  P 2: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SHANNON FOSTER;

CLIFTON LOVEJOY;

TIFFANI SAUNDER;

RONALD SPENCER; and

MELISSA TURNER,

PLAINTIFFS,

v.   CIVIL ACTION NO: 2:06-CV-980)

TIFFANY COLEMAN SMITH,

   DEFENDANT/THIRD

   PARTY PLAINTIFF,

v.

DEBRA T. SMITH-MATFIELD,

   THIRD PARTY DEFENDANT/

   COUNTERCLAIM PLAINTIFF,

**MOTION FOR EXTENSION OF TIME**

Comes now Tiffany Coleman-Smith, pro se, the Defendant/Third Party Plaintiff and moves this Honorable Court for an order extending the time to respond to the Debra T. Smith-Matfield's Motion for Summary Judgment. As grounds therefore, Movant states that she did not receive a copy of the Motion for Summary Judgment nor the brief in support of the motion from the attorney for Ms. Matfield. Movant further states that she has received all of mail that was mailed to her address that is on record in this cause, Further that the attorney for Ms. Matfield has to this date refused to provide her with a copy even though she informed him that she had not received a copy. Finally, movant states that she has a meritorious claim against Ms. Matfield and a meritorious claim against the Ms. Matifield's counter claim, and that she needs additional time to retain an attorney to represent her in this action.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Honorable Court grants this Motion for Summary Judgment.

_____
Tiffany Coleman Smith

P. O. Box 241751

Montgomery, Al 36024

334-398-0650

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I served a copy of the above motion by placing a copy of the same in the United States mail properly addressed and postage prepaid.

William R. Davis   Matthew P. Teague, Esq.

8650 Minnie Brown Road, Suite 150   Attorney for Debra Matfield

Montgomery, AL 36117   Post Office Box 586

Montgomery, AL 36101

_____
Tiffany Coleman Smith