IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON FOSTER; ) | |
| CLIFTON LOVEJOY; ) | |
| TIFFANI SAUNDER; ) | |
| RONALD SPENCER; and ) | |
| MELISSA TURNER ) | |
|     PLAINTIFFS ) | |
| ) | CIVIL ACTION NO: |
| ) | 2:06-CV-980 |
| ) | |
| v. ) | |
| ) | |
| TIFFANY COLEMAN SMITH, ) | |
|     DEFENDANT/THIRD ) | |
|     PARTY PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) | |
| DEBRA T. SMITH-MATFIELD ) | |
|     THIRD PARTY ) | |
|     DEFENDANT/ ) | |
|     COUNTERCLAIM ) | |
|     PLAINTIFF ) | |

**DEBRA T. SMITH-MATFIELD'S RESPONSE IN OPPOSITION TO TIFFANY COLEMAN SMITH'S MOTION FOR EXTENSION OF TIME**

    COMES NOW, Debra T. Smith-Matfield, by and through undersigned counsel, and brings this opposition to Third Party Plaintiff Tiffany Coleman Smith's Motion for Extension of Time and in support thereof states the following:

    **I.    THE MOTION FOR EXTENSION OF TIME MUST BE DENIED AS UNTIMELY**

    1.    On September 10, 2007, the Third Party Defendant/Counterclaim Plaintiff Debra T. Smith-Matfield ("Ms. Matfield") filed a Motion for Summary Judgment and a brief in support thereof.

2.  On September 11, 2007, this Honorable Court issued an order ordering Tiffany Coleman Smith ("Ms. Smith") to file her response to Ms. Matfield's summary judgment on or before September 24, 2007.

3.  On September 26, 2007, Ms. Smith filed her "Motion for Extension of Time" to file her response to the Ms. Matfield's summary judgment.

4.  Therefore, Ms. Smith's Motion to extend the deadline to file her response is untimely and must be denied on that ground.

## II. MS. SMITH'S MOTION IS DUE TO BE DENIED ON THE GROUNDS THAT IT CONTAINS MATERIALLY FALSE STATEMENTS TO THIS HONORABLE COURT AND IS MERITLESS

5.  Ms. Smith's statement in her "Motion for Extension of Time" that she did not receive a copy of Ms. Matfield's Motion for Summary Judgment and Brief in Support is materially false.

6.  Matthew P. Teague ("the Undersigned") avers, affirms and verifies to this Honorable Court that on September 10, 2007, he personally placed in the United States Mail a copy of Ms. Matfield's Motion for Summary Judgment and Brief in Support thereof addressed to Ms. Smith at 8901 Glen Rose Way, Montgomery AL 36117 ("the address"), the only known address provided by Ms. Smith to this Honorable Court and the parties to this litigation; attached as Exhibit A is a true and correct copy of the cover letter sent by the undersigned to Ms. Smith.

7.  The address is the same Ms. Smith provided to this Honorable Court and the parties to this litigation in her Answer to the Original Complaint (See CM/ECF Document 4, "Answer to Complaint"), in her Third Party Complaint against Ms. Matfield

(See CM/ECF Document 5, "Third Party Complaint"), and her Answer to the counterclaim brought against her by Ms. Matfield (See CM/ECF Document 13, "Answer to Counterclaim").

8. Each of the documents referenced in paragraph 6 were personally signed by Ms. Smith as a pro se litigant.

9. Further, the address provided is the same address where the undersigned served Ms. Matfield's Answer to Third Party Complaint and Counterclaim against Ms. Smith, which Ms. Smith clearly received and answered (See CM/ECF Document 13, "Answer to Counterclaim") within the time designated by the Federal Rules of Civil Procedure.

10. Therefore, Ms. Smith's claim in her "Motion for Extension of Time" that she did not receive Ms. Smith's Motion for Summary Judgment and Brief in Support is both materially false and an attempt to delay this litigation and cause undue burden upon Ms. Matfield.

11. Ms. Matfield further opposes Ms. Smith's "Motion for Extension of Time" on the grounds that Ms. Smith needs "additional time to retain an attorney to represent her in this action" as a ground without merit.

12. Ms. Smith has had ten (10) months and twenty (20) days to secure the services of an attorney but has chosen not to do so until two (2) days after her deadline to respond to Ms. Matfield's summary judgment motion.

13. The laws of the State of Alabama prohibit Ms. Smith from relying on her pro se status as a source of relief for missed deadlines, as "[i]t is well settled that a party, even one acting pro se, is responsible for keeping track of his own case and knowing the

status." <u>Salvant v. Howell</u>, 854 So.2d 118 (Ala.Civ.App.2003) (internal citations omitted).

WHEREFORE, PREMISES CONSIDERED, the Third Party Defendant/Counterclaim Plaintiff Debra T. Smith-Matfield requests this Honorable Court deny Ms. Smith's Motion for Extension of Deadlines on the alternate grounds that said Motion is untimely filed and without merit.

Done this the 26th day of September, 2007.

**/s/ Matthew P. Teague**
Matthew P. Teague, Esq.
Attorney for Debra T. Smith-Matfield

Of Counsel:

Matthew P. Teague, Esq.
138 Adams Avenue, Second Floor, Suite 3
Post Office Box 586
Montgomery, AL 36101
(334) 834-4500 (Telephone)
(334) 834-4500 (Facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26th, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system thereby serving all represented parties to this litigation and by placing a copy of the same in the United States mail properly addressed and postage prepaid to Tiffany Coleman Smith.

Tiffany Coleman Smith
8901 Glen Rose Way
Montgomery, AL 36117

                                                 **/s/ Matthew P. Teague**
                                                 Matthew P. Teague, Esq.

# *MATTHEW P. TEAGUE*
# *ATTORNEY AT LAW*

*138 Adams Avenue, Suite 3*
*Post Office Box 586*
*Montgomery, AL 36101*

Phone: (334) 834-4500      Facsimile: (334) 834-4501
email: *beteague36@aol.com*

September 10, 2007

**Ms. Tiffany Coleman Smith**
**8901 Glen Rose Way**
**Montgomery, AL 36117**

Dear Ms. Smith:

Enclosed please find a copy of Debra T. Smith-Matfield's Motion for Summary Judgment and Brief in Support thereof. Please consult the Order of Court to determine your deadline to respond to this Motion.

Thank you for your attention to this matter. If you have any questions or wish to discuss this motion, please do not hesitate to contact me.

Sincerely,


Matthew P. Teague