IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON FOSTER, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 2:06cv980-ID |
| | ) |
| ANGELS OUTREACH, LLC, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Tiffany Coleman Smith's motion for extension of time (Doc. No. 24), it is ORDERED that said motion be and the same is hereby GRANTED to and including October 12, 2007. Debra T. Smith-Matfield's ("Ms. Matfield") may file a reply, if desired, on or before October 19, 2007. No further extensions of time shall be granted absent compelling exigent circumstances.[1]

The clerk is DIRECTED to mail a copy of this order, Ms. Matfield's motion for summary judgment, including the attached exhibits (Doc. No. 21), and Ms. Matfield's brief in support of summary judgment (Doc. No. 22) to Ms. Smith, P.O. Box 241751, Montgomery, Alabama 36124.

Done this 27th day of September, 2007.

                          /s/ Ira DeMent
                          SENIOR UNITED STATES DISTRICT JUDGE

---

[1] A request for an additional extension of time to obtain an attorney will not be regarded as a compelling exigent circumstance, given that this case has been pending approximately eleven months.