IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON FOSTER;  )<br>CLIFTON LOVEJOY;  )<br>TIFFANI SAUNDER;  )<br>RONALD SPENCER; and  )<br>MELISSA TURNER  )<br>    PLAINTIFFS  )<br>)<br>)<br>v.  )<br>)<br>TIFFANY COLEMAN SMITH,  )<br>    DEFENDANT/THIRD  )<br>    PARTY PLAINTIFF  )<br>)<br>v.  )<br>)<br>DEBRA T. SMITH-MATFIELD  )<br>    THIRD PARTY  )<br>    DEFENDANT/  )<br>    COUNTERCLAIM  )<br>    PLAINTIFF  )  | CIVIL ACTION NO:<br>2:06-CV-980 |

**DEBRA T. SMITH-MATFIELD'S MOTION TO SHORTEN TIME TO RESPOND
TO INTERROGATORIES AND REQUESTS FOR PRODUCTION**

COMES NOW, Debra T. Smith-Matfield, by and through undersigned counsel, and brings this Motion to shorten the time to answer or object to Interrogatories and Request for Production of Documents served upon Tiffany Coleman Smith and in support thereof states the following:

1.  On August 27, 2007, Matthew P. Teague ("the undersigned"), as counsel for Debra T. Smith-Matfield, served interrogatories and request for production upon Tiffany Coleman Smith ("Ms. Smith") at the address provided by her, 8901 Glen Rose Way Montgomery, AL 36117.

2.      Ms. Smith has failed to respond to Ms. Matfield's interrogatories or request for production of documents within the time set forth in Rules 33 and 34, Federal Rules of Civil Procedure.

3.      In late September/early October 2007, Ms. Smith began using the address of P.O. Box 241751 Montgomery, Alabama 36024 as her address of record.

4.      The undersigned has this date mailed these interrogatories and request for production of documents to Ms. Smith at her second address, P.O. Box 241751 Montgomery, Alabama 36024.

5.      The undisputed facts show Ms. Matfield and the undersigned properly served the discovery requests upon Ms. Smith at her only known address and did not receive notice of Ms. Smith's new address for a period of one month after the discovery requests were served.

6.      WHEREFORE, PREMISES CONSIDERED, Ms. Matfield prays this Honorable Court Order Ms. Smith to respond in a shortened time, from thirty (30) days to fifteen (15) days from the date of this Honorable Court's order, so that Ms. Matfield can complete her fact discovery prior to this Honorable Court's November 20, 2007 deadline.

> **/s/ Matthew P. Teague**
> Matthew P. Teague (TEA010)
> Attorney for Debra T. Smith-Matfield

Of Counsel:

Matthew P. Teague, Esq.
138 Adams Avenue, Second Floor, Suite 3
Post Office Box 586
Montgomery, AL 36101
(334) 834-4500 (Telephone)
(334) 834-4500 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2007 a copy of the foregoing document has been served on the parties below by placing the same in the U.S. Mail, postage prepaid and addressed as shown below.

Tiffany Coleman Smith  
P.O. Box 241751  
Montgomery, Alabama 36024  

William Richard Davis  
8650 Minnie Brown Road, Suite 150  
Montgomery, AL 36117  


**/s/ Matthew P. Teague**  
Matthew P. Teague (TEA010)