IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON FOSTER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv980-ID |
| ANGELS OUTREACH, LLC, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is third party defendant Smith-Matfield's motion to shorten time to respond to interrogatories and requests for production of documents (doc. # 29) filed on October 22, 2007. The defendant seeks to shorten the time for third party plaintiff Tiffany Coleman Smith to respond to discovery requests from thirty days to fifteen days so that she may complete her fact discovery before the discovery cut-off date of November 20, 2007. Smith-Matfield became aware in "late September/early October" that Smith was utilizing a different address. However, Smith-Matfield did not mail discovery to Smith until October 22, 2007. Accordingly, upon consideration of the motion, it is

ORDERED that the motion to shorten time to respond to interrogatories and requests for production of documents (doc. # 29) be and is hereby GRANTED to the extent that the time for responding to discovery propounded to Smith be and is hereby SHORTENED to November 20, 2007.

Done this 24th day of October, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE