**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION**

| | |
|---|---|
| SHANNON FOSTER; ) <br> CLIFTON LOVEJOY; ) <br> TIFFANI SAUNDER; ) <br> RONALD SPENCER; and ) <br> MELISSA TURNER ) <br>           PLAINTIFFS ) <br> ) <br> ) <br> v.                                    ) <br> ) <br> TIFFANY COLEMAN SMITH, ) <br>           DEFENDANT/THIRD ) <br>           PARTY PLAINTIFF ) <br> ) <br> v.                                    ) <br> ) <br> DEBRA T. SMITH-MATFIELD ) <br>           THIRD PARTY ) <br>           DEFENDANT/ ) <br>           COUNTERCLAIM ) <br>           PLAINTIFF ) | CIVIL ACTION NO: <br> 2:06-CV-980 |

**DEBRA T. SMITH-MATFIELD'S MOTION TO EXTEND TIME FOR FACT DISCOVERY**

COMES NOW, Debra T. Smith-Matfield, by and through undersigned counsel, and brings this Motion to extend factual discovery in the above-referenced matter and in support thereof states the following:

1.   On August 27, 2007, two months prior to the fact discovery deadline, Matthew P. Teague ("the undersigned"), as counsel for Debra T. Smith-Matfield, served interrogatories and request for production upon Tiffany Coleman Smith ("Ms. Smith") at the address provided by her, 8901 Glen Rose Way Montgomery, AL 36117.

2.  Ms. Smith failed to respond to Ms. Matfield's interrogatories or request for production of documents within the time set forth in Rules 33 and 34, <u>Federal Rules of Civil Procedure</u>.

3.  In late September/early October 2007, Ms. Smith began using the address of P.O. Box 241751 Montgomery, Alabama 36024 as her address of record.

4.  The undersigned had to mail, for a second time, the interrogatories and request for production of documents to Ms. Smith at her new address, P.O. Box 241751 Montgomery, Alabama 36024.

5.  The undisputed facts show Ms. Matfield and the undersigned properly served the discovery requests upon Ms. Smith at her only known address and did not receive notice of Ms. Smith's new address for a period of one month after the discovery requests were served.

6.  On October 22, 2007, Ms. Matfield moved this Honorable Court to shorten Ms. Smith's time to respond to Ms. Matfield's written discovery requests on the grounds set forth in paragraphs 1-5 above.

7.  On October 24, 2007, this Honorable Court granted Ms. Matfield's Motion to Shorten Discovery response time and set Ms. Smith's response date at November 20, 2007.

8.  Ms. Matfield hereby prays this Honorable Court to extend the factual discovery deadline for a period of two (2) weeks to December 4th, 2007 so that Ms. Matfield will have the opportunity to address any issues raised in Ms. Smith's responses to Ms. Matfield's written discovery requests.

9.      Ms. Matfield seeks this extension of time in order to properly resolve as many factual issues as possible prior to the December 20, 2007 pretrial conference and in the interest of judicial economy.

WHEREFORE, PREMISES CONSIDERED, Ms. Matfield prays this Honorable Court enter an Order extending the fact discovery deadline from November 20, 2007 to December 4, 2007.

/s/ Matthew P. Teague
Matthew P. Teague (TEA010)
Attorney for Debra T. Smith-Matfield

Of Counsel:

Matthew P. Teague, Esq.
138 Adams Avenue, Second Floor, Suite 3
Post Office Box 586
Montgomery, AL 36101
(334) 834-4500 (Telephone)
(334) 834-4500 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007 a copy of the foregoing document has been served on the parties below by the CM/ECF system and/or placing the same in the U.S. Mail, postage prepaid and addressed as shown below.

| | |
|---|---|
| Tiffany Coleman Smith | William Richard Davis |
| P.O. Box 241751 | 8650 Minnie Brown Road, Suite 150 |
| Montgomery, Alabama 36024 | Montgomery, AL 36117 |

**/s/ Matthew P. Teague**
Matthew P. Teague (TEA010)