IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHANNON FOSTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06cv980-ID |
| | ) | |
| | ) | |
| ANGELS OUTREACH, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon CONSIDERATION of Debra T. Smith-Matfield's motion to extend time for discovery (Doc. No. 31), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED to and including December 4, 2007.

Done this 27th day of November, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE