**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **SHANNON FOSTER;** ) | |
| **CLIFTON LOVEJOY;** ) | |
| **TIFFANI SAUNDER;** ) | |
| **RONALD SPENCER; and** ) | |
| **MELISSA TURNER** ) | |
|       **PLAINTIFFS** ) | |
| ) | **CIVIL ACTION NO:** |
| ) | **2:06-CV-980** |
| ) | |
| **v.** ) | |
| ) | |
| **TIFFANY COLEMAN SMITH,** ) | |
|       **DEFENDANT/THIRD** ) | |
|       **PARTY PLAINTIFF** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **DEBRA T. SMITH-MATFIELD** ) | |
|       **THIRD PARTY** ) | |
|       **DEFENDANT/** ) | |
|       **COUNTERCLAIM** ) | |
|       **PLAINTIFF** ) | |

**DEBRA T. SMITH-MATFIELD'S MOTION TO COMPEL DISCOVERY RESPONSES**

COMES NOW, Debra T. Smith-Matfield (hereinafter "Ms. Matfield"), by and through undersigned counsel, and brings this Motion to Compel discovery responses from Tiffany Coleman Smith (hereinafter "Ms. Smith") in the above-referenced matter and in support thereof states the following:

**I.    FACTS SUPPORTING MOTION TO COMPEL**

1.    On August 27, 2007, Matthew P. Teague ("the undersigned"), as counsel for Ms. Matfield, served interrogatories and request for production upon Ms. Smith at the address provided by her in her pleadings, 8901 Glen Rose Way Montgomery, AL 36117.

2.      Ms. Smith failed to respond to Ms. Matfield's interrogatories or request for production of documents within the time set forth in Rules 33 and 34, Federal Rules of Civil Procedure.

3.      In late October 2007, Ms. Smith began using the address of P.O. Box 241751 Montgomery, Alabama 36024 as her address of record.

4.      On October 22, 2007, the undersigned again mailed Ms. Matfield's interrogatories and request for production of documents (hereinafter "written discovery") to Ms. Smith at her new address, P.O. Box 241751 Montgomery, Alabama 36024.

5.      Following a Motion to Shorten Discovery Response Time filed by Ms. Matfield, this Honorable Court on October 24, 2007 ordered Ms. Smith to respond to Ms. Matfield's written discovery by November 20, 2007.

6.      Ms. Smith's failed to respond or object to Ms. Matfield's written discovery by November 20, 2007 and to date Ms. Matfield's written discovery remains unanswered by Ms. Smith.

7.      On November 27, 2007, the undersigned noticed the deposition of Ms. Smith for December 3, 2007 by Notice of Deposition sent via certified mail.

8.      On November 30, 2007, Ms. Smith refused delivery of the certified mail envelope containing the undersigned's notice of deposition of Ms. Smith, according to the United States Postal Services "Track and Confirm" service which states:

> Label/Receipt Number: **7004 2510 0002 1980 7279**
> Status: **Refused**
> Your item was refused by the addressee at 8:13 AM on November 30, 2007 in MONTGOMERY, AL 36119 and is being returned to the sender.

2

9. To date, Ms. Matfield has failed to respond or object to each and every one of Ms. Matfield's attempted discovery requests, including Requests for Admissions, Request for Production, Interrogatories, and Notice of Deposition.

## II. REASONABLE NOTICE TO MS. SMITH AND OTHER PARTIES

10. On November 26, 2007, the undersigned contacted Ms. Smith by letter requesting her responses to Ms. Matfield's written discovery and gave Ms. Smith notice of Ms. Matfield's intent to file a Motion to Compel if said written discovery responses were not issued; said letter further advised Ms. Smith that a motion to compel could be avoided if she would contact the undersigned to discuss the resolution of this discovery issue.

11. Ms. Smith failed to respond to the undersigned's November 26, 2007 letter.

12. The undersigned notified the Plaintiffs' attorney Mr. William R. Davis by telephone of his intent to file a Motion to Compel against Ms. Matfield.

13. The undersigned certifies, pursuant to Rule 37(a) and (a)(2)(B), <u>Federal Rules of Civil Procedure</u>, that the movant, Ms. Matfield, has in good faith attempted to confer with Ms. Smith, the party failing to make the discovery, in an effort to secure the information without court action but said good faith attempts have failed to resolve this issue.

## III. PRAYER FOR RELIEF

15. Pursuant to Rule 37, <u>Federal Rules of Civil Procedure</u>, Ms. Matfield seeks a Motion to Compel Ms. Smith to respond to the Interrogatories properly served upon Ms. Smith.

16. Pursuant to Rule 37, <u>Federal Rules of Civil Procedure</u>, Ms. Matfield seeks a Motion to Compel Ms. Smith to respond to the Request for Production of Documents properly served upon Ms. Smith.

17.     Pursuant to Rule 37, <u>Federal Rules of Civil Procedure</u>, Ms. Matfield seeks a Motion to Compel Ms. Smith to appear at a deposition at a date, time and location agreeable to all parties to this action.

18.     Pursuant to Rule 37, <u>Federal Rules of Civil Procedure</u>, the movant, Ms. Matfield, seeks an order of sanctions against Ms. Smith, including but not limited to, the costs of the deposition, Ms. Matfield's reasonable attorney's fees associated with the costs of written discovery, Ms. Matfield's reasonable attorney's fees and costs associated with this motion to compel discovery, Ms. Matfield's reasonable attorney's fees and costs associated with the motion to shorten discovery response time previously filed with this Honorable Court, and Ms. Matfield's reasonable attorney's fees and costs associated with the efforts to resolve this matter prior to filing this Motion to Compel.

Respectfully submitted this the 3rd day of December, 2007, by

**/s/ Matthew P. Teague**
Matthew P. Teague (TEA010)
Attorney for Debra T. Smith-Matfield

**OF COUNSEL**
Matthew P. Teague, Esq.
138 Adams Avenue, Second Floor, Suite 3
Post Office Box 586
Montgomery, AL 36101
(334) 834-4500 (Telephone)
(334) 834-4500 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3rd, 2007 a copy of the foregoing document has been served on the parties below by the CM/ECF system and/or placing the same in the U.S. Mail, postage prepaid and addressed as shown below.

Tiffany Coleman Smith
P.O. Box 241751
Montgomery, Alabama 36024

William Richard Davis
8650 Minnie Brown Road, Suite 150
Montgomery, AL 36117


**/s/ Matthew P. Teague**
Matthew P. Teague (TEA010)