IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON FOSTER, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv980-ID |
| | ) |
| ANGELS OUTREACH, LLC, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Now pending before the court is third party defendant Smith-Matfield's motion to compel discovery responses (doc. # 33) filed on December 3, 2007. The third-party defendant also requests to compel defendant Tiffany Coleman Smith to appear at a deposition. Finally, Smith-Matfield is seeking an order of sanctions against Coleman Smith for failing to provide discovery and refusing to participate in the discovery process. Upon consideration of the motion, and for good cause, it is

ORDERED that defendant Tiffany Coleman Smith show cause in writing on or before December 21, 2007, why the motion to compel and motion for sanctions should not be granted. Defendant Coleman Smith is specifically advised that if she fails to file a response as required by this order, the court will consider appropriate sanctions for the defendant's failure to respond in accordance with FED. R. CIV. P. 37.

Done this 12th day of December, 2007.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE