IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON FOSTER; )<br>CLIFTON LOVEJOY; )<br>TIFFANI SAUNDER; )<br>RONALD SPENCER; and )<br>MELISSA TURNER )<br>      PLAINTIFFS )<br>)<br>)<br>)<br>v. )<br>)<br>TIFFANY COLEMAN SMITH, )<br>      DEFENDANT/THIRD )<br>      PARTY PLAINTIFF )<br>)<br>v. )<br>)<br>DEBRA T. SMITH-MATFIELD )<br>      THIRD PARTY )<br>      DEFENDANT/ )<br>      COUNTERCLAIM )<br>      PLAINTIFF ) | CIVIL ACTION NO:<br>2:06-CV-980 |

**CONFLICT DISCLOSURE STATEMENT**

     COMES NOW Debra T. Smith-Matfield, a Third Party Defendant, Counterclaim Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.    This party is an individual; and

2.    There are no entities to be reported.

                **s/ Matthew P. Teague**
                Matthew P. Teague (TEA010)
                Attorney for Debra T. Smith-Matfield

Of Counsel:

Matthew P. Teague, Esq.
138 Adams Avenue, Second Floor, Suite 3
Post Office Box 586
Montgomery, AL 36101
(334) 834-4500 (Telephone)
(334) 834-4500 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system , by hand delivery or by placing a copy of the same in the United States mail properly addressed and postage prepaid.

| | |
|---|---|
| Tiffany Coleman Smith | William R. Davis |
| P.O. Box 241751 | 8650 Minnie Brown Road, Suite 150 |
| Montgomery, AL 36124 | Montgomery, AL 36117 |

OR

Tiffany Coleman Smith
P.O. Box 241751
Montgomery, AL 36024

                **/s/ Matthew P. Teague**
                Matthew P. Teague, Esq.