**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **SHANNON FOSTER et al.;** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| | ) **CIVIL ACTION NO.: 2006-980** |
| **vs.** | ) |
| | ) |
| **ANGELS OUTREACH, LLC et al.** | ) |
| | ) |
| **Defendants.** | ) |

---

### PLAINTIFFS' MOTION TO RECONSIDER

COME NOW Plaintiffs Shannon Foster, Clifton Lovejoy, Tiffani Saunders; Ronald Spencer and Melissa Turner (hereinafter "Plaintiffs"), by and through the undersigned, and hereby respectfully seek reconsideration of the amount of damages awarded pursuant to this Court's Memorandum Opinion and Order granting judgment in favor of Plaintiffs.  As grounds therefore, Plaintiffs state as follows:

1.     On or about June 20, 2007, Plaintiffs sought summary judgment as to (1) Defendants' violation of 29 U.S.C. § 206(b); (2) the amount of unpaid wages due; and (3) Plaintiffs' entitlement to liquidated damages pursuant to 29 U.S.C. § 216(b).

2.     On or about December 17, 2007, the Court granted summary judgment on Plaintiffs' Fair Labor Standards Act (hereinafter referred to as "FLSA") claims and appropriately awarded damages.  Although the FLSA does not allow Plaintiffs to seek more than minimum wages (notwithstanding liquidated damages) it does not prevent Plaintiffs from recovering additional sums under the state law theory of breach of contract and/or unjust enrichment.

3.     Plaintiffs now seek reconsideration as to the amount of damages awarded so to include wages exceeding the minimum wage.

4.     Defendant's conduct of failing to compensate Plaintiffs was not only a violation of the FLSA but also a breach of the contract to compensate Plaintiffs' their bargained hourly rates.  Though Plaintiffs cannot recover wages over the minimum wage under the FLSA, they can recover the difference between minimum wage and their contracted hourly rate under the breach of contract and/or unjust enrichment claim asserted in their Complaint.[1]  As such, Plaintiffs are entitled to the full amount of unpaid wages claimed.[2]

5.     Based upon the aforementioned, Plaintiffs move this Honorable Court for reconsideration of the amount damages awarded.[3]

WHEREFORE, Plaintiffs respectfully move this Honorable for reconsideration of the amount of wages and damages awarded.

/s/ William R. Davis
WILLIAM R. DAVIS (DAV140)
ASB-1115-D59W
Attorney for Plaintiffs

**OF COUNSEL:**

**DAVIS & HERRINGTON, L.L.C.**
Park Place Center
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama 36117
(334) 215-4449
(334) 215-4459 (Fax)
wrd@davisherrington.com

---

[1] See paragraph 24 of Plaintiffs' Complaint asserting "Defendant's actions amount to a breach of contract and/or unjust enrichment"

[2] In addition to the wages awarded, Plaintiffs seek the following excluded wages:  Shannon Foster- $1,043.11; Clifton Lovejoy-$2,268.60; Tiffani Saunders- $531.90; Ronald Spencer - $1,814.05; and Melissa Turner- $833.70.

[3] Plaintiffs also request the amount of liquidated damages be increased should the Court determine Plaintiffs are entitled to the additional wages sought.

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008 I served the foregoing document on the following parties or attorneys by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid.

Matthew P. Teague
138 Adams Avenue, Second Floor, Suite 3
P.O. Box 596
Montgomery, Alabama 36101
(334) 834-4500
(334) 934-4500 (Fax)
beteague36@aol.com


Tiffany Coleman Smith
8901 Glen Rose Way
Montgomery, Alabama 36117


                              /s/ William R. Davis
                              OF COUNSEL