# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

SHANNON FOSTER et al.

V.

ANGLES OUTREACH, LLC. et al.

**BILL OF COSTS**

Case Number: 2006-980

Judgment having been entered in the above entitled action on  12-17-07  against  Angels Outreach LLC. & Tiffany Coleman Smith
                                                                  Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ 350.00 |
| Fees for service of summons and subpoena ........................................ | 13.92 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing ................................................. | 0.00 |
| Fees for witnesses (itemize on page two) .......................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | 50.50 |
| Docket fees under 28 U.S.C. 1923 ................................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals .................................. | 0.00 |
| Compensation of court-appointed experts .......................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs (please itemize) ......................................................... | 0.00 |
| **TOTAL** | **$ 414.42** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _[signature]_                                                                    3/3/08

Name of Attorney: _____

For: Shannon Foster & other Plaintiffs                               Date: 3/3/08
           Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

                                By: _____
Clerk of Court                        Deputy Clerk                                     Date

AO82 SWEDA
(Rev. 4/91)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA
at MONTGOMERY

112035

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publication |
| 322350 | Copy Fees |
| 322360 | Miscellaneous |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution of U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Filings Spec. Acct. |
| 510100 | Registry Admin. Acct. |

000311P
000331P
000407P

112035*#
CV FILE TREAS
086400      100.00
###
CIVIL FILE FEE
086900       60.00
###
CIVIL FILE FEE
510000      190.00
###
TOTAL   350.00
CHECK   350.00
CHANGE    0.00
3 ITM-CT
126887A000 10:48

CASE REFERENCE:

2:06-CV-980-IDM

RECEIVED FROM    10/31/06

Davis, Rayborn Herrington
+ Prescott, LLC
8650 Minnie Brown Rd
Suite 150
Montgomery, AL 36117
(Foster et al V. Angels Outreach et al)

DEPUTY CLERK KH

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

THIS IS A RECEIPT, NOT A BILL

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.04 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.04 |

Postmark Here

Sent To: Tiffany Coleman Smith
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002       See Reverse for Instructions

7005 1160 0002 2371 5004

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.04 |

Postmark Here

Sent To: Angels Outreach, LLC
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002       See Reverse for Instructions

7004 2890 0004 4383 2150

| U.S. Postal Service™ |
| --- |
| **CERTIFIED MAIL™ RECEIPT** |
| *(Domestic Mail Only; No Insurance Coverage Provided)* |
| For delivery information visit our website at www.usps.com® |

OFFICIAL USE

| | | |
| --- | --- | --- |
| Postage | $ 4 44 | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4 44 | |

Sent To: Angels Outreach

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

7004 2890 0004 3833 2174