IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SHANNON FOSTER et al.; | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) CIVIL ACTION NO.: 2006-980 |
| vs. | ) |
| | ) |
| ANGELS OUTREACH, LLC et al. | ) |
| | ) |
| Defendants. | ) |

---

**PLAINTIFFS' APPLICATION FOR AWARD OF ATTORNEY'S FEES AND COSTS**

---

**COME NOW** Plaintiffs Shannon Foster, Clifton Lovejoy, Tiffani Saunders; Ronald Spencer and Melissa Turner (hereinafter "Plaintiffs"), by and through the undersigned, and hereby respectfully request this Honorable Court award attorney's fees and cost in the amount of $11,694.42 pursuant to 29 U.S.C. §216(b).[1] As grounds therefore, Plaintiffs state as follows:

1.  On or about December 17, 2008, the Court granted summary judgment on Plaintiffs' Fair Labor Standards Act (hereinafter referred to as "FLSA") claims and appropriately awarded damages. The Court subsequently denied Plaintiffs' Motion to Reconsider which sought to amend the Court's Order to include damages resulting from Defendants' failure to pay the contracted hourly rates. As a result, Plaintiffs prevailed on their FLSA claims asserted against Defendants Angles Outreach, LLC. and Tiffany Coleman Smith.[2]

---

[1] This calculation was determined by multiply the total hours expended (56.40) by an hourly rate of $200.00 and adding $414.42 in costs.

[2] The Supreme Court has said in determining a reasonable attorney's fee, "the most critical factor is the degree of success obtained." Hensley v. Eckerhart, 461 U.S. 424, 436 (1983).

2.      Reasonable attorney's fees are mandatory for prevailing plaintiffs in FLSA actions. 29 U.S.C. §216(b) states, the court "shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action." See Kreager v. Solomon & Flanagan, P.A., 775 F.2d 1541, 1542 (11th Cir.1985)(fee awards mandatory for prevailing plaintiffs in FLSA actions.).[3] In turn, "a final determination as to the award of attorney's fees is required as part of the final appealable judgment." Shelton v. Ervin, 830 F.2d 182 (M.D.Ga.1987).

3.      Attorney's fees are due for all hours spent prosecuting this matter as a whole due to the fact Plaintiffs' FLSA and common law claims share a common core of facts in that they are based on interrelated and overlapping legal theories.[4] "The recovery of attorney's fees "extends to time spent on non-FLSA issues to the extent that those issues interrelate and overlap with FLSA ones." Diaz v. Robert Ruiz, Inc., 808 F.2d 427, 429 (5th Cir.1987). "Where a lawsuit consists of related claims, a plaintiff who has won substantial relief should not have his attorney's fee reduced simply because the district court did not adopt each contention raised." Hensley v. Eckerhart, 461 U.S. 424 (1983). In turn, attorney's fees are due to be paid not only for the time spent on Plaintiffs' FLSA claims but also for the time spent on their common law claims of breach of contract and/or unjust enrichment due to the fact these claims share a common core of facts and are based on interrelated and overlapping legal theories.

---

[3] Unlike other civil rights fee shifting statutes, prevailing defendants in FLSA actions are not entitled to an award of fees.

[4] "Many civil rights cases will present only a single claim. In other cases the plaintiff's claims for relief will involve a common core of facts or will be based on related legal theories. Much of counsel's time will be devoted generally to the litigation as a whole, making it difficult to divide the hours expended on a claim-by-claim basis. Such a lawsuit cannot be viewed as a series of discrete claims. Instead the district court should focus on the significance of the overall relief obtained by the plaintiff in relation to the hours reasonably expended on the litigation." Hensley v. Eckerhart, 461 U.S. 424, 435 (1983).

4.  "In calculating a reasonable attorney's fee the Court must consider the number of hours reasonably expended on this litigation, together with the customary fee charged in the community for similar legal services. These two figures are then multiplied together, resulting in a sum commonly referred to as the "lodestar." DiFrancesco v. Home Furniture Liquidators, Inc., 2008 WL 54401 (S.D.Fla.2008)(citing Hensley v. Eckerhart, 461 U.S. 424 (1983)).

5.  After a good faith effort to exclude excessive, redundant, or otherwise unnecessary hours, the time and labor required for the prosecution of Plaintiffs' claims equaled 56.40 hours.[5] These hours were both reasonable and necessary to achieve the gained result.

6.  Compensation in the amount of $200.00 per hour is sought for all time and labor expended on this matter. A reasonable hourly rate "is the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation." Norman v. Housing Authority of City of Montgomery, 836, F.2d 1292, 1299 (11th Cir.1988). Plaintiffs contend the hourly rate requested is reasonable in that it falls with in the range of prevailing market rates. In support of the requested hourly rate, Plaintiffs offer the testimony of Andy Nelms, an attorney in Montgomery, Alabama who is familiar with the litigation of FLSA claims and the prevailing market rate for such work. Mr. Nelms avers, that due to the unique issues involved in cases alleging violations of the FLSA and the relatively limited number of attorneys in the Montgomery area who handle such cases, a fair and reasonable hourly billing rate is between $185.00 and $225.00 per hour.[6]

7.  When the total hours of 56.40 are multiplied by the requested hourly rate of $200.00, a "lodestar" of $11,280.00 is reached. There is a "strong presumption" the lodestar

---

[5] See Plaintiffs' record of Time and Labor spent on this matter attached hereto as Exhibit "A".

[6] See affidavit of Andy Nelms attached hereto as Exhibit "B".

figure is representative of a reasonable attorney's fee. <u>Pennsylvania v. Delaware Valley Citizens' Council for Clean Air</u>, 478 U.S. 564, 565 (1986). Plaintiffs therefore seek attorney's fees in the amount of $11,280.00.

8.   In addition to the requested attorney's fees, Plaintiffs seek costs totaling $414.42 pursuant to 29 U.S.C. §216(b) and 28 U.S.C. § 1920.[7]

WHEREFORE, in addition to the $3,418.58 in back wages and damages previously awarded, Plaintiffs respectfully move this Honorable Court for an award of $11,694.42 in attorney's fees and costs for a total final judgment in the amount of $15, 113.00.

/s/ William R. Davis
WILLIAM R. DAVIS (DAV140)
ASB-1115-D59W
Attorney for Plaintiffs

OF COUNSEL:

**DAVIS & HERRINGTON, L.L.C.**
Park Place Center
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama 36117
(334) 215-4449
(334) 215-4459 (Fax)
wrd@davisherrington.com

---

[7] See Plaintiffs' Bill of Cost attached hereto as Exhibit "C".

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2008 I served the foregoing document on the following parties or attorneys by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid.

Matthew P. Teague  
138 Adams Avenue, Second Floor, Suite 3  
P.O. Box 596  
Montgomery, Alabama 36101  
(334) 834-4500  
(334) 934-4500 (Fax)  
beteague36@aol.com  


Tiffany Coleman Smith  
8901 Glen Rose Way  
Montgomery, Alabama 36117  


                                            /s/ William R. Davis  
                                            OF COUNSEL


PLAINTIFF'S EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# CIVIL ACTION NUMBER: 06-CV-980

## ITEMIZATION OF TASK AND TIME

| DATE | DESCRIPTION OF TASK | TIME | AMOUNT |
|---|---|---|---|
| 09/28/06 | Initial Call from Plaintiff | 0.70 | $140.00 |
| 10/02/06 | Research (Non-Payment of Wages) | 4.50 | $900.00 |
| 10/20/06 | Meeting with Clients | 2.50 | $500.00 |
| 10/22/06 | Drafted Summons and Complaint | 3.00 | $600.00 |
| 10/24/06 | Drafted Letter to FOIA Request to DOL | 0.40 | $80.00 |
| 10/30/06 | Drafted Letter to Clerk (Summons & Complaint) | 0.30 | $60.00 |
| 10/31/06 | Letter to Shannon Foster | 0.30 | $60.00 |
| 10/31/06 | Letter to Tiffani Saunders | 0.30 | $60.00 |
| 10/31/06 | Letter to Melissa Turner | 0.30 | $60.00 |
| 10/31/06 | Letter to Ronald Spencer | 0.30 | $60.00 |
| 10/31/06 | Letter to Cliffton Lovejoy | 0.30 | $60.00 |
| 11/03/06 | Reviewed Response to FOIA Request from DOL | 0.20 | $40.00 |
| 11/11/06 | Drafted Declaration of Shannon Foster | 0.50 | $100.00 |
| 11/11/06 | Drafted Declaration of Cliffton Lovejoy | 0.50 | $100.00 |
| 11/11/06 | Drafted Declaration of Tiffani Saunders | 0.50 | $100.00 |
| 11/11/06 | Drafted Declaration of Ronald Spencer | 0.50 | $100.00 |
| 11/11/06 | Drafted Declaration of Melissa Turner | 0.50 | $100.00 |
| 11/29/06 | Letter to Shannon Foster | 0.30 | $60.00 |
| 11/29/06 | Letter to Tiffani Saunders | 0.30 | $60.00 |
| 11/29/06 | Letter to Melissa Turner | 0.30 | $60.00 |
| 11/29/06 | Letter to Ronald Spencer | 0.30 | $60.00 |
| 11/29/06 | Letter to Cliffton Lovejoy | 0.30 | $60.00 |
| 12/02/06 | Phone Conference with Shannon Foster | 0.30 | $60.00 |
| 12/04/07 | Letter to Clerk | 0.20 | $40.00 |
| 12/05/06 | Reviewed Defendants' Answer | 0.30 | $60.00 |
| 12/05/06 | Reviewed Defendant's Third Party Complaint | 0.50 | $100.00 |
| 12/05/06 | Phone Conference with Ronald Spencer | 0.30 | $60.00 |
| 12/02/06 | Phone Conference with Clifton Lovejoy | 0.20 | $40.00 |

Page 1 of 3

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/08/07 | Phone Conference with Melissa Turner | 0.20 | $40.00 |
| 05/10/07 | Reviewed Answer and Counter-Claim to Third Party Complaint | 0.30 | $60.00 |
| 05/22/07 | Reviewed Order (Rule 26(f) Report) | 0.30 | $60.00 |
| 05/23/07 | Reviewed Answer to Counter Claim by Tiffany Coleman Smith | 0.30 | $60.00 |
| 05/24/07 | Drafted Letter to Parties | 0.90 | $180.00 |
| 06/01/07 | Drafted Rule 26(f) Report | 0.40 | $80.00 |
| 06/15/07 | Phone Conference with Tiffani Saunders | 0.80 | $160.00 |
| 06/10/07 | Reviewed Client Documents | 1.20 | $160.00 |
| 06/10/07 | Calculated Damages | 5.75 | $1,150.00 |
| 06/15/07 | Research (Motion for Summary Judgment) | 7.50 | $1,500.00 |
| 06/16/07 | Drafted Motion and Brief In Support of Summary Judgment | 1.20 | $240.00 |
| 06/20/07 | Revision to Brief in Support of Summary Judgment | 0.10 | $20.00 |
| 06/21/07 | Reviewed Notice of Deficiency (Corp. Disclosure) | 0.30 | $60.00 |
| 06/21/07 | Drafted and Filed Corp. Disclosure | 0.20 | $40.00 |
| 06/22/07 | Reviewed Scheduling Order and Calendared Dates | 0.10 | $20.00 |
| 06/22/07 | Reviewed Order (Summary Judgment Response) | 0.10 | $20.00 |
| 09/12/07 | Reviewed Letter from Matt Teague | 0.40 | $80.00 |
| 09/12/07 | Reviewed Motion and Brief In Support of Summary Judgment (Debra-Mattfield Smith) | 0.20 | $40.00 |
| 09/27/07 | Reviewed Motion for Extension of Time (Tiffany Coleman Smith) | 0.30 | $60.00 |
| 09/27/07 | Reviewed Response In Opp. to Motion for Extension of Time (Debra-Mattfield Smith) | 0.10 | $20.00 |
| 09/27/07 | Reviewed Order (Granting Motion For Extension of Time) | 0.30 | $60.00 |
| 10/15/07 | Reviewed Response to Motion for Summary Judgment (Tiffany Coleman Smith) | 0.30 | $60.00 |
| 10/20/07 | Reviewed Reply to Opp. to Motion for Summary Judgment (Debra-Mattfiled Smith) | 0.20 | $40.00 |
| 10/22/07 | Reviewed Motion to Shorten Time (Debra-Mattfield Smith) | 0.10 | $20.00 |
| 10/24/07 | Reviewed Order on Motion to Shorten Time | 0.20 | $40.00 |
| 11/20/07 | Reviewed Motion for Extension of Discovery Deadline (Debra-Mattfield Smith) | 0.10 | $20.00 |
| 11/27/07 | Reviewed Order (Granting Motion for Extension of Discovery Deadline) | 0.10 | $20.00 |
| 11/29/07 | Reviewed Letter from Matt Teague | 0.30 | $60.00 |
| 11/30/07 | Phone Conference with Matt Teague | 0.20 | $40.00 |
| 12/03/07 | Reviewed Motion to Compel (Debra-Mattfield Smith) | 0.20 | $40.00 |
| 12/03/07 | Reviewed Motion for Sanctions (Debra-Mattfield Smith) | 0.10 | $20.00 |
| 12/04/07 | Reviewed Order (Pre-Trial Conference) | 0.10 | $20.00 |
| 12/07/07 | Reviewed Notice of Deficiency (Tiffany Coleman Smith; Corp. Disclosure) | 0.10 | $20.00 |
| 12/07/07 | Reviewed Notice of Deficiency (Debra-Mattfield Smith; Corp. Disclosure) | 0.40 | $80.00 |
| 12/12/07 | Phone Conference with Matt Teague | 0.10 | $20.00 |
| 12/12/07 | Reviewed Show Cause Order | 0.70 | $140.00 |
| 12/17/07 | Preparation for Pre-Trial Conference | 0.30 | $60.00 |
| 12/17/07 | Reviewed Order Granting Summary Judgment | 0.10 | $20.00 |
| 12/18/07 | Phone Conference with Matt Teague | 1.50 | $300.00 |
| 01/08/08 | Drafted Motion to Reconsider | | |

Page 2 of 3

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/11/08 | Reviewed and Calendared Show Cause Order | 0.10 | $20.00 |
| 01/27/08 | Drafted Bill of Costs | 0.30 | $60.00 |
| 01/28/08 | Research (Attorney's Fees) | 4.25 | $850.00 |
| 01/29/08 | Drafted Application for Award of Attorney's Fees | 6.50 | $1,300.00 |

**Total Hours & Fees:** 56.40    $11,280.00

**Expenses:**

| | |
|---|---|
| Filing Fee | $350.00 |
| Postage (Certied Maill for Service) | $13.92 |
| Copy Charges | $50.50 |
| Mileage | $0.00 |

$414.42

**TOTAL AMOUNT DUE:** $11,694.42



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

SHANNON FOSTER et al.;        )
                              )
    **Plaintiffs,**          )
                              )  CIVIL ACTION NO.: 2006-980
vs.                           )
                              )
ANGELS OUTREACH, LLC et al.   )
                              )
    Defendants.              )
                              )
                              )

## DECLARATION OF ANDY NELMS

    I, ANDY NELMS, under the penalty of perjury, do hereby swear and/or affirm the following is true and accurate to the best of my knowledge, and that,

    1.    My name is Andy Nelms, I am an attorney in Montgomery, Alabama and attest to the following based upon my personal knowledge of the facts set forth in this declaration, and give this voluntarily and without coercion.

    2.    As part of my personal practice, I handle labor law litigation including litigation based on wage and hour disputes. I am familiar with and have litigated cases involving the Fair Labor Standards Act (FLSA).

    3.    I am familiar with what is necessary to handle litigation concerning FLSA violations and the hourly billing rate in the Montgomery area for attorneys who handle such cases.

    4.    Because of the unique issues involved in cases alleging violations of the FLSA and the relatively limited number of attorneys in the Montgomery area who handle such cases, a fair and reasonable hourly billing rate is between $185.00 and $225.00 per hour.

    5.    I have reviewed the pleadings in the matter of Shannon Foster et al. vs. Angles Outreach, LLC.; CV-2006-980 as well as the billing and cost records of William R. Davis. In

my opinion, Mr. Davis' hours are reasonable and what I would expect in a case of this nature. Mr. Davis' hourly billing rate of $200.00 per hour is fair and reasonable for the services he performed.

      6.     In my opinion, a fee award of $11,280.00, plus costs would be fair and just in this case.

      7.     I declare under the penalty of perjury the aforementioned is true and correct.

Executed on this the _29_ day of February of 2008.

_____
ANDY NELMS (NEL022)
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733
(334) 832-4390 (Fax)

SWORN to and SUBSCRIBED before me this the _29_ day of _February_, 2008

(Seal)

_____
NOTARY PUBLIC

My Commission Expires: _1-16-12_

2

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

SHANNON FOSTER et al.

V.

ANGLES OUTREACH, LLC. et al.

**BILL OF COSTS**

Case Number: 2006-980

Judgment having been entered in the above entitled action on __12-17-07__ (Date) against __Angels Outreach LLC. & Tiffany Coleman Smith__ the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 350.00 |
| Fees for service of summons and subpoena | 13.92 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 50.50 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 0.00 |
| TOTAL | $ 414.42 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _[signature]_    3/3/08

Name of Attorney: _____

For: __Shannon Foster & other Plaintiffs__    Date: 3/3/08
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court         Deputy Clerk         Date

**PLAINTIFF'S EXHIBIT**

C

```
AO82 SWEDA                        ORIGINAL
(Rev. 4/91)                   RECEIPT FOR PAYMENT              112035
                           UNITED STATES DISTRICT COURT
                                     for the
                            MIDDLE DISTRICT OF ALABAMA
                                  at      MONTGOMERY
Fund
6855XX      Deposit Funds
604700      Registry Funds
            General and Special Funds
508800      Immigration Fees                              112035*#
085000      Attorney Admission Fees                       CV FILE TREAS
086900      Filing Fees            000311P                086400      100.00
322340      Sale of Publication                              ###
322350      Copy Fees
322360      Miscellaneous                                 CIVIL FILE FEE
143500      Interest               000331P                086900       60.00
322380      Recoveries of Court Costs                        ###
322386      Restitution of U.S. Government
121000      Conscience Fund
129900      Gifts                  000407P                CIVIL FILE FEE
504100      Crime Victims Fund                            510000      190.00
613300      Unclaimed Monies                                 ###
510000      Filings Spec. Acct.                           TOTAL       350.00
510100      Registry Admin. Acct.                         CHECK       350.00
CASE REFERENCE:                                           CHANGE        0.00
                                                              3 ITM-CT
2:06-CV-980-IDM                                           126887A000 10:48
RECEIVED FROM              10/31/06
Davis, Rayborn Herrington
+ Prescott, LLC
8650 Minnie Brown Rd
Suite 150
Montgomery, AL 36117
(Foster et al V. Angels Outreach et al)
DEPUTY CLERK   KH
```

THIS IS A RECEIPT, NOT A BILL

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.04 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.04 |

Postmark Here

Sent To: Tiffany Coleman Smith
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4:

7005 1160 0002 2371 5004

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.04 |

Postmark Here

Sent To: Angel's Outreach, LLC
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4:

7004 2890 0004 6383 2150

PS Form 3800, June 2002    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.47 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.47 |

Postmark Here

Sent To: Angels Outreach
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7004 2890 0004 6383 2174

PS Form 3800, June 2002                 See Reverse for Instructions