IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON FOSTER, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 2:06cv980-ID |
| | ) |
| ANGELS OUTREACH, LLC, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiffs' Application for Award of Attorney's Fees, which the court construes as a Motion for Award of Attorney's Fees (Doc. No. 45), it is ORDERED that Defendants show cause, if any there be, on or before March 14, 2008, why said Motion should not be granted.

DONE this 4th day of March, 2008.

                                   /s/ Ira DeMent
                                   SENIOR UNITED STATES DISTRICT JUDGE