⊕AO 133  (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

| SHANNON FOSTER et al. | BILL OF COSTS |
|---|---|
| V. | |
| ANGLES OUTREACH, LLC. et al. | Case Number: 2006-980 |

Judgment having been entered in the above entitled action on  12-17-07  against  Angels Outreach LLC. &
                                                                    Date                  Tiffany Coleman Smith
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ 350.00 |
| Fees for service of summons and subpoena ............................................ | 13.92 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing ................................................. | 0.00 |
| Fees for witnesses (itemize on page two) ............................................ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | 50.50 |
| Docket fees under 28 U.S.C. 1923 .................................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ....................................... | 0.00 |
| Compensation of court-appointed experts ............................................ | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs (please itemize) ....................................................... | 0.00 |
| TOTAL | $ 414.42 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____   3/3/08

Name of Attorney: _____

For: Shannon Foster & other Plaintiffs         Date: 3/3/08
        Name of Claiming Party

Costs are taxed in the amount of  $414.42  and included in the judgment.

Debra P. Hackett                By: _____   3-4-08
Clerk of Court                      Deputy Clerk         Date