IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHANNON FOSTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06cv980-ID |
| | ) | |
| | ) | |
| ANGELS OUTREACH, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is Plaintiffs' Motion for Award of Attorney's Fees, made

pursuant to 29 U.S.C. § 216(b). (Doc. No. 45.) The Motion is accompanied by an

affidavit and counsel's "Itemization of Task and Time." (Id.) The court gave Defendants

Angels Outreach, LLC, and Tiffany Coleman Smith an opportunity to respond to the

Motion, but they failed to do so. (Doc. No. 46.) Because no objection has been

interposed by Defendants, the court applies the requested hourly rate "for purposes of this

fee petition only." Anderson v. Unum Life Ins. Co. of Am., No. 01-894, 2007 WL

604728, *9 (M.D. Ala. Feb. 22, 2007). Additionally, having carefully reviewed the

affidavit and Itemization submitted in support of the Motion, the court finds that Plaintiffs

have demonstrated that the hours expended by their counsel were reasonable and

necessary. The court further finds that, in this case, the lodestar represents a reasonable

attorney's fee. Accordingly, it is

CONSIDERED and ORDERED that Plaintiffs' Motion for Award of Attorney's Fees be and the same is hereby GRANTED and that Plaintiffs HAVE and RECOVER from Defendants $11,280.00 in attorney's fees, for which let execution issue.

DONE this 19th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE